**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| OBJET GEOMETRIES, LTD. and STRATASYS, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> 3D SYSTEMS, INC., <br><br>  Defendant. | Civil No. 05-136 (JRT/FLN) |
| 3D SYSTEMS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> STRATASYS, INC. and OBJET GEOMETRIES, LTD., <br><br>  Defendants. | Civil No. 05-939 (JRT/FLN) |

Jonathan A. David, Sidney David, Stephen B. Goldman, LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK, 600 South Avenue West, Westfield, New Jersey 07090, for plaintiff.

Tiffany A. Blofield, WINTHROP & WEINSTINE, P.A., 225 South Sixth Street, Suite 3500, Minneapolis, Minnesota 55402, for plaintiff.

Alan G. Carlson and Brian W. Hayes, CARLSON CASPERS VANDENBURGH & LINDQUIST, 225 South Sixth Street, Suite 3200, Minneapolis, Minnesota 55402, for defendants.

David R. Fairbairn and Michael John Pape, KINNEY & LANGE, P.A., 312 South Third Street, Minneapolis, Minnesota 55415, for defendants.

The parties having agreed to the settlement of all their respective claims in *Objet Geometries, Ltd. and Stratasys, Inc. v. 3D Systems, Inc.* (Civil No. 05-136 (JRT/FLN)) and *3D Systems, Inc. v. Objet Geometries, Ltd. and Stratasys, Inc.* (Civil No. 05-939 (JRT/FLN)), by way of a Joint Motion to Dismiss [Docket Nos. 13 and 39] which actions have been consolidated by this Court for the purpose of discovery and other pretrial matters, and consenting to the entry of this Order, it is hereby ORDERED that:

1. This Court has jurisdiction over the parties and the subject matter of these actions.

2. These actions, identified as *Objet Geometries, Ltd. and Stratasys, Inc. v. 3D Systems, Inc.* (Civil No. 05-136 (JRT/FLN)) and *3D Systems, Inc. v. Objet Geometries, Ltd. and Stratasys, Inc.* (Civil No. 05-939 (JRT/FLN)), are hereby dismissed with prejudice.

3. The parties shall bear their own attorneys' fees, expenses and costs.

Dated: August 23, 2005
at Minneapolis, Minnesota

                                                s/John R. Tunheim
                                      JOHN R. TUNHEIM
                                  United States District Judge